IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

STEVEN E. FLYNN                                                                     PLAINTIFF

V.                                          NO. 10-2156

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration                  DEFENDANT

**O R D E R**

    A review of the 418 page transcript in this case reveals that pages 307 to 418 contain records of someone other than the Plaintiff, and that all of Plaintiff's exhibits listed in the index of Plaintiff's case, numbered from pages 307 to 418, are missing.

    Accordingly, this matter will be administratively terminated pending the submission by the Commissioner of a certified copy of the relevant missing exhibits, within 60 days from the date of this Order. In the event the Commissioner is unable to supplement or reconstruct the exhibits, he is directed to notify the Court via motion or notice of his inability to comply with the requirements of this Order. Should the Commissioner be unable to supplement the record as directed, within the time constraints set forth in the Court's Order so directing, the Court will then entertain an appropriate motion to remand.

    DATED this 28th day of September, 2011.

                                                                     /s/ *Erin L. Setser*
                                                                 HON. ERIN L. SETSER
                                                                 UNITED STATES MAGISTRATE JUDGE