IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
FORT SMITH DIVISION

STEVEN E. FLYNN                                                                                   PLAINTIFF

V.                                          NO. 10–2156

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration                     DEFENDANT

**O R D E R**

It has come to the Court's attention that it failed to re-open this case once the Defendant filed a complete copy of the transcript on March 13, 2012. Neither party filed a supplemental brief, and the matter is now ripe for determination.

The Clerk is hereby directed to re-open this case in order for the Court to issue a decision.

ORDERED this 10th day of December, 2012.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

**AO72A**
**(Rev. 8/82)**